10632.

### MANIGO v. TYLER.

(107 S. E. 914)

APPEAL AND ERROR—FINDING THAT BEST INTERESTS OF CHILDREN RE-
   QUIRED THEIR CUSTODY BY THEIR FATHER SUSTAINED.—A finding that
   it was to the best interests of two children  that their care and
   custody be awarded to their father, instead of permitting them to
   remain with their grandfather, will be sustained, where  the grand-
   father on appeal fails to convince the Supreme Court by the evi-
   dence that the finding was erroneous.

Before RICE, J., Bamberg, July, 1920.   Affirmed.

Petition for writ of Habeas Corpus by Edward Manigo
against Sam Tyler.   From decree awarding the custody
of children to the petitioner, the defendant appeals.

*Mr. J. Wesley Crum, Jr., for appellant,* cites:   *Welfare
and best interests of the child are the controlling elements*:
113 S. C., 39; 84 S. E., 552; 76 S. C., 153; 72 S. C.,16;
54 S. C., 388; 6 Rich., 344; 29 Cyc., 1594.

*Mr. W. E. Free,* for respondent, cites:   *Proceeding in
habeas corpus is on law side of the Court and findings of
fact are decisive*:   19 S. C., 604; 75 S. C., 219.   *Right of
parent to custody of child must be recognized and consid-
ered along with interest of children*:   72 S. C., 18.

June 30, 1921.

The opinion of the Court was delivered by MR. JUSTICE
WATTS.

This is an appeal from decree of Circuit awarding the
custody and care of two children to the respondent, the
father, over that of the grandfather, the appellant.

The exceptions, three in number, impute error to his
Honor in his findings that the best interests of the children
was that they be given to the father, and not to remain in
the care and custody of the appellant, the grandfather.
The appellant has failed to convince us by the evidence in

the case that his Honor was in error, and that we should substitute our judgment for that of the Circuit Court. The greater weight of the testimony sustains his Honor's findings.

All exceptions are overruled, and judgment affirmed.